# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| JAMES LATTANY,<br><br>Plaintiff,<br><br>v.<br><br>JULIO EDOUARD and U.S. XPRESS, INC.,<br><br>Defendants. | 2:24-cv-127 |

## ORDER

This action is before the Court on Defendant U.S. Xpress, Inc.'s ("USX") partial motion for summary judgment. Dkt. No. 45. For the reasons set forth below, this motion, dkt. no. 45, is **GRANTED**.

## BACKGROUND

This case arises out of a January 17, 2023 car accident in Camden County, Georgia.[1] Id. at 1–2. Plaintiff James Lattany was a passenger in a vehicle that struck a tractor-trailer driven by Defendant Julio Edouard. Id. at 1. Edouard was driving the tractor-trailer while under dispatch for USX. Id. at 2. Edouard stopped at a stop sign on SR 252 intending to turn left onto SR 25. Id.

[1] At the summary judgment stage, the Court must view all facts in the light most favorable to the non-moving party and draw all inferences in its favor. Tolan v. Cotton, 572 U.S. 650, 657 (2014).

Several logging trucks approached the intersection traveling south on SR 25 and were attempting to turn right onto SR 252. Id. at 2–3. The driver of the lead logging truck waved and told Edouard to make his turn first. Id. at 3. As Edouard was turning left, the driver of the vehicle in which Plaintiff was a passenger drove through the intersection and struck the front of Edouard's tractor. Id.

In his complaint, Plaintiff brings a claim for negligence against Edouard and a claim for respondeat superior against USX, alleging USX is liable for the acts and omissions of its agent and employee. Dkt. No. 1-2 ¶¶ 5–10, 12, 17–18. Separately, Plaintiff brings direct claims against USX for negligent hiring, retention, training, supervision, and entrustment. Id. ¶¶ 11–15, 19. USX moves for summary judgment only on Plaintiff's direct negligence claims. Dkt. No. 45 at 2.

## LEGAL STANDARD

The Court should grant summary judgment if "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

## DISCUSSION

Defendant USX moves for summary judgment on Plaintiff's claims for negligent hiring, retention, training, supervision, and entrustment. Dkt. No. 45. Plaintiff concedes USX's partial motion for summary judgment as to these claims. Dkt. No. 55. As such, the

motion is unopposed and the Court may accept this concession. See Davis v. Coca-Cola Bottling Co. Consol., 516 F.3d 955, 972 (11th Cir. 2008) (holding that a party who does not defend a claim on summary judgment abandons the claim).

Therefore, Defendant USX's motion for summary judgment, dkt. no. 45, is **GRANTED** as to Plaintiff's claims for negligent hiring, retention, training, supervision, and entrustment. Plaintiff's other claims remain pending.

**SO ORDERED** this 13th day of October, 2026.

_______________________________
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA